IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-12 Erie |
| | ) | |
| SHAUN LANAIL BENNAFIELD | ) | |

**SCANNED**

## MOTION TO UNSEAL
## INDICTMENT AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said District and sets forth the following:

1. On April 12, 2005, an Indictment was returned by the Grand Jury charging the above-named defendant with violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii). An Arrest Warrant was issued pursuant to said Indictment.

2. On April 12, 2005, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrant, together with the Motion to Seal, until further Order of Court.

3. Law enforcement officers now believe that the defendant is aware that he is wanted and is currently a fugitive.

**RECEIVED**

AUG 2 4 2005

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

      4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrant issued thereby, now be unsealed.

      WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to the Indictment.

                                      Respectfully submitted,

                                      MARY BETH BUCHANAN
                                      United States Attorney

                                      _____
                                      MARSHALL J. PICCININI
                                      Assistant U.S. Attorney
                                      PA ID No. 56362