IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-12 Erie |
| | ) |
| SHAUN LANAIL BENNAFIELD | ) |

**O R D E R**

AND NOW, to wit, this _____ day of August, 2005, upon consideration of the Motion to Unseal Indictment and Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment are hereby UNSEALED.

                                                                  _____
                                                                  UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney