IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 05-12E |
| | ) | |
| SHAUN LANAIL BENNAFIELD | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 3rd day of October, 2005, it appears that further proceedings cannot be held in this case because the defendant is a fugitive.

Therefore, **IT IS ORDERED** that the case be returned to the Clerk of Court until such time as action by the Court may be required.

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: Marshall Piccinini, AUSA
United States Marshal