## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| SHAUN LANAIL BENNAFIELD | CRIMINAL DOCKET NUMBER | CR 05-12 ERIE |
| | DATE OF INDICTMENT | 4/12/05 |
| | STATUTE: | |

DATE ARRESTED: 10/12/05

### INITIAL APPEARANCE

| Before Magistrate | [ ] SENSENICH<br>[ ] MITCHELL<br>[ ] HAY | [ ] CAIAZZA<br>[x] McLAUGHLIN, D.J.<br>[ ] PESTO | Date: 10/12/2005<br>Time: 2:39 p.m. | Casette Tape #<br>Tape Index: |
|---|---|---|---|---|

U. S. ATTORNEY   Marshall J. Piccinini, Esq.

Reporter: Ron Bench

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [x] Read   [ ] Summarized   [ ] Reading waived
   - [x] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [x] Read   [ ] Summarized   [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment   [ ] Defendant waived appointment
   - [✓] Defendant represented by: DAVID RIDGE, ESQ.
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: Motion for detention filed
   - Bond Set at:
   - [ ] By Consent   [ ] Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [x] Temporary Commitment issued   [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: Monday, October 17, 2005 at 2:00 p.m.

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT

   Preliminary Exam/Rule 40/Arraignment set for:   10/17/05   Before Magistrate   Baxter

ADDITIONAL COMMENTS: