IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 05-12 ERIE |
| ) | |
| SHAUN LANAIL BENNAFIELD ) | |
| Defendants ) | |
| ) | |

**ORDER OF RECUSAL**

AND NOW THIS   14th    day of October,  2005, pursuant to 28 U.S.C. § 455, that the Honorable Sean J. McLaughlin hereby recuses himself as to all matters of the above-captioned case

IT IS HEREBY ORDERED that the Clerk of Courts is directed to reassign this case for all further proceedings

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record   NK