# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )
vs. )                    No.         CR 05-12 Erie
Shaun Lanail Bennafield )
)
)
Defendant )

**HEARING ON**   Detention Hearing   October 17, 2005

Before   U. S. Magistrate Judge Susan Paradise Baxter

Marshall J. Piccinini, Esq., AUSA            J. Timothy George, Esq.

Appear for Plaintiff                    Appear for Defendant

Hearing Begun   2:05 PM            Hearing Adjourned to   2:55 PM

Hearing concluded C.A.V.            Stenographer Denise Grill
                                    CD:          Index:

**WITNESSES**

For Plaintiff                    For Defendant

Defense requests release to a 3rd party custodian
or home confinement. Gov't. presents testimony; proffer
that Defendant is risk of flight due to possible
sentencing guidelines if found guilty, and is a
danger to community. Court rules that Defendant
is to be detained pretrial. Parties have 10 days in
which to file an appeal to the District Judge.
Written Order to follow.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

United States of America

V.

Shaun Lanail Bennefield

**EXHIBIT AND WITNESS LIST**

Case Number: CR 05-12 Erie

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Susan Paradise Baxter | | | PLAINTIFF'S ATTORNEY Marshall J. Piccinini, Esq., AUSA | | DEFENDANT'S ATTORNEY J. Timothy George, Esq. |
| TRIAL DATE (S) October 17, 2005 | | | COURT REPORTER Denise Grill | | COURTROOM DEPUTY Leslie R. Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 10-17-05 | ✓ | ✓ | Criminal Complaint of 3/2/05 (County Court) |
| | B | 10-17-05 | ✓ | ✓ | Cert of Bail (County of Erie) |
| | C | 10-17-05 | ✓ | ✓ | Waiver of arraignment (State Court) |
| | D | 10-17-05 | ✓ | ✓ | Information from State Court |
| | E | 10-17-05 | ✓ | ✓ | ltr from Atty Ridge to DA - Erie Co |
| | F | 10-17-05 | ✓ | ✓ | ltr from Atty Ridge to DA - Erie Co |
| | G | 10-17-05 | ✓ | ✓ | ltr from Atty Ridge to DA - Erie Co |
| | H | 10-17-05 | ✓ | ✓ | Docket entry sheet from Erie Co Court of Common Pleas |
| | ✓ | 10-17-05 | | | Ashley Eliz. Cymrrechi, witness for defense |
| ✓ | | 10-17-05 | | | Michael Nolen, Erie Police Dept. |
| #1 | | 10-17-05 | ✓ | ✓ | Booking sheet for dfy on 3/2/05 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.