IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. 05-12 ERIE |
| | ) |
| SHAUN LANAIL BENNAFIELD | ) |

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

1. DATE OF ARRAIGNMENT: 11/7/05

2. DEFENDANT IS:   ✓ INCARCERATED
   __ ON BOND

3. DEFENDANT ENTERED A PLEA OF NOT GUILTY ✓

4. THE PARTIES WERE ADVISED ALL PRE-TRIAL MOTIONS MUST BE FILED WITHIN TEN (10) DAYS. ✓

5. A RULE 16 CONFERENCE:   ✓ HAS BEEN HELD
   __ HAS NOT BEEN HELD

6. DISCOVERY IS:   ✓ COMPLETED
   __ NOT COMPLETED

7. DEFENDANT HAS REQUESTED TO BE TRIED BY:   ✓ JURY
   __ NON-JURY

8. ALL PARTIES HAS BEEN ADVISED THAT THE MATTER:

   __ HAS BEEN SCHEDULED FOR TRIAL _____
       BEFORE U.S. DISTRICT JUDGE SEAN J. McLAUGHLIN
   ✓ HAS NOT BEEN SCHEDULED FOR TRIAL

9. ESTIMATED TRIAL TIME:_____

10. OTHER:_____

               s/Susan Paradise Baxter
               SUSAN PARADISE BAXTER
               Chief United States Magistrate Judge