IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-12  Erie |
| | ) |
| SHAUN LANAIL BENNAFIELD | ) **(Under Seal)** |
| a/k/a Ken | ) |
| a/k/a Shooter | ) |

### ARRAIGNMENT PLEA

Defendant Shaun Lanail Bennafield being arraigned, pleads <u>not guilty</u> in open Court this <u>7th</u> day of <u>November</u>, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)