MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

U.S.A.
_____
Plaintiff

vs.   No. CR 05-12 E

Shaun L. Bennafield
_____
Defendant

HEARING ON Change of Plea 11-10-05

Before Judge McLaughlin

Marshall Piccininni                           Thomas Patton
_____                             _____
Appear for Plaintiff                          Appear for Defendant

Hearing begun 1:28                            Hearing adjourned to 1:47

Hearing concluded C. A. V. ___                Stenographer Ron Bench
                                              Clerk: Nicole Kierzck

WITNESSES:

For Plaintiff                                 For Defendant

Deft Sworn—

Sentencing is scheduled for March 13, 2006 @ 10 am before the Honorable Maurice B. Cohill, Jr. in Courtroom A in Erie Pa.