IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.           ) | CRIMINAL NO. 05-12 ERIE |
| ) | |
| SHAUN LANAIL BENNAFIELD ) | |
| a/k/a Ken      ) | |
| a/k/a Shooter   ) | |
| Defendant.   ) | |

## PLEA

AND NOW, the defendant, **SHAUN L. BENNAFIELD**, in the above entitled case hereby, withdraws the plea of NOT GUILTY, entered November 7, 2005, and now pleads GUILTY to Count(s)  One (1)  only in open Court this 10th day of November, 2005.

_____
Defendant

_____
Attorney