IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| vs. | ) ) | CRIM   05-12 ERIE |
| SHAUN L. BENNAFIELD   (1) | ) ) ) ) | |

## NOTICE

The above entitled case is set for ____SENTENCE____

on ____March 13, 2006____ at ____10:00 a.m.____ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   November 14, 2005

Copies to:
  Marshall Piccinini, AUSA
  Thomas W. Patton, AFPD

  Pretrial Services
  Probation Office - ERIE-Pgh
  U.S. Marshal - ERIE - Pgh