# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
vs. )       CR. 05-12 ERIE
)
Shawn Lanail Bennafield )
)
Defendants )

HEARING ON   Sentence

Before   Judge Cohill

MARSHALL PICCININI                              Thomas Patton

_Appear for Plaintiff_                              _Appear for Defendant_

Hearing Begun  10:00 am 3-13-06       Hrg Adjourned to

Hrg concluded C.A.V.  10:30a 3-13-06   Stenographer  D. Geille

### WITNESSES
For Plaintiff                                                 For Defendant

29/V; 140-175 imprisonment; 5 years; 15,000-4,000,000; $100 s.a. Defendant presents Argument for Sentence of mandatory minimum of 120 months.

Defendant is sentenced to 144 months imprisonment; 5 years of supervised release; fine is waived; $100 special assessment.