NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

SHAUN LANAIL BENNAFIELD

District Court Docket No. Criminal No. 05-12E

District Court Judge Maurice B. Cohill, Jr

Notice is hereby given that Shaun Lanail Bennefield appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____ of Sentence

entered in this action on March 15, 2006 .

**DATED:** March 27, 2006

/s/ Karen Sirianni Gerlach
**(Counsel for Appellant-signature)**
Karen Sirianni Gerlach   PA ID# 52956
Assistant Federal Public Defender
**(Name of Counsel-Typed)**
1450 Liberty Center
**(Address)**
1001 Liberty Avenue

Pittsburgh, PA  15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Robert L. Eberhardt
Assistant U.S. Attorney
**(Counsel for Appellee)**
400 U.S. Courthouse
**(Address)**
Seventh Avenue & Grant St.

Pittsburgh, PA  15219

(412) 894-7353
**(Tel. No. - FTS or Other)**