UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 28, 2006
A-161

No. 06-2068

UNITED STATES OF AMERICA
v.
SHAUN LANAIL BENNAFIELD, Appellant
(W.D. (Erie) of PA. Criminal No. 05-cr-00012E)

**Present:**    SLOVITER, MCKEE and FISHER, Circuit Judges

Motion by Appellant for summary affirmance pursuant to LAR 27.4.

/s/ Pamela Batts
Case Manager    267-299-4943

**Briefing is Stayed pending disposition of the motion for summary affirmance.**

**Response to Motion due 8/24/06.**

_____ O R D E R _____

The foregoing Motion by Appellant for summary affirmance pursuant to LAR 27.4 is granted.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: September 14, 2006
PDB/cc: Karen S. Gerlach, Esq.
        Robert L. Eberhardt, Esq.

Certified as a true copy and issued in lieu of a formal mandate on 11/7/06

Teste:   *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit