IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         *

VS                               *         NO. 05-12-ERIE

                                 *

SHAWN LANAIL BENNAFIELD          *

---

### PETITION TO UNSEAL ARREST WARRANT

---

#### FACTS

NOW COMES Shaun Bennafield, pursaunt to 28 U.S.C. 1651, petitioning the the Court in the above styled petition to unseal the arrest warrant in case no. 05-12-Erie.

#### ARGUMENT

The petitioner contends that the arrest warrant in case no. 05-12-Erie was sealed on 4-12-2005 by the Magistrate Judge Susan P. Baxter. The petitioner has; subsequently, filed a 28 U.S.C 2255 concerning the arrest; thus, the petitioner needs to view the arrest warrant, so that his arguments can have merit.

The petitioner contends that to unseal the arrest warrant will in on way prejudice the prosecution, or delay this proceeding.

#### CONCLUSION

The petitioner contends he has shown good cause for his need to have the arrest warrant unsealed; thus, in the interest of justice and to establish a clear record the petitioner ask the court to unseal the arrest warrant that was sealed by Judge Baxter, on 4-12-2005.

(1)

CERTIFICATE OF SERVICE

I Shaun Bennefield, swear that a copy of this petition was sent by first class mail to the person below on 2-20-07.

Marshall J. Piccinini
U.S. ATTORNEY
Room A330
17 SouthPark Row
Erie, PA 16501

Respectfully

*Shaun Bennefield*
Shaun Bennefield

(2)

NAME Shaun Bennafield
20262-068
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 444
23 FEB 2007 PM 2 L

16507+08020

Clerk
U.S. DISTRICT COURT
P.O. BOX 1820
Erie, Pennsylvania 16507