*law clerk* 

2-22-2007

TO: Judge Cohill, Jr.

From: Shaun Bennafield

Re: 28 U.S.C 2255 Case No. 07-24-E

    Dear Judge CoHill, Jr.  I am responding to your notice and order dated 2-15-2007, concerning my 28 U.S.C 2255 that I have recently filed in this Court.  This notice is notifying me that I have three options pursaunt to <u>U.S. v Miller</u> 197 F.3d 644 (3rd Cir 1999).

    I have choosen option number three which is to have my petition ruled on as filed (pro-se).

    Please be aware that I want my issues ruled on substantively, and I am asking for a evidentiary hearing to resolve the disputes in my 2255.

    Thank-you for your notification.  I am looking forward to a fair and just review of my 2255.

    Respectfully

    *Shaun Bennafield*
Shaun Bennefield