

NAME: Shaun Lanail Bennafield
REG #: 20262-068
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
22 FEB 2007 PM 2 L

MAURICE B. Cohill, JR.
Judge
U.S. DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh, Pennsylvania 15219

15219+3333

RECEIVED
FEB 23 2007
JUDGE COHILL CHAMBERS