IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-12-E |
| ) | <u>See</u> Civil Action No. 07-24-E |
| SHAUN LANAIL BENNAFIELD, ) | |
| ) | |
| Defendant/Petitioner. ) | |

O R D E R

AND NOW, this 1st day of March, 2007, upon consideration of Petitioner's Motion to Vacate Under 28 U.S.C. §2255 (document No. 35) filed in the above-captioned matter on February 14, 2007,

IT IS ORDERED that the Government file a response no later than April 2, 2007.

AND, further, upon consideration of Petitioner's Petition to Unseal Arrest Warrant (document No. 37) filed in the above captioned matter on February 27, 2007,

IT IS ORDERED that the government file a response no later than April 2, 2007.

<u>s/Maurice B. Cohill, Jr.</u>
Senior United States District Judge

cc:     Shaun Lanail Bennafield, #20262-068
        FCI Elkton
        P.O. Box 10
        Lisbon, OH 44432

ecf:    Counsel of record