IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                        NO. 07-24-E

SHAUN LANAIL BENNAFIELD
    Defendant

MOTION TO AMEND 28 U.S.C 2255 Pursaunt to Rule 15(a) of the F.R.CIV.P.

FACTS

NOW COMES, SHAUN BENNAFIELD, pursaunt to rule 15(a) asking the court to amend his 2255 to included the issue below.

ARGUMENT

The Appeals court in U.S. v. Pickett  D.C. Cir No. 05-3179, (2/13/07); decided that a federal district court imposing a sentence for a crack cocaine offense has an obligation to consider applying the U.S. Sentencing Guidelines 100:1 crack to powder sentencing sentencing ratio will effectuate the general sentencing goals set out in 18 U.S.C.§ 3553(a) also see U.S. v Gunter, 462 F.3d 237, 79 CRL 776 (3d Cir. 2006).

The defendant contends that due to counsel's ineffectiveness the issue of the dispairty of the crack to powder ratio was not argued at sentencing; therefore, the defendant would like to his 28 U.S.C. 2255 to have his crack to powder ratio issue reviewed by this court.

RESPECTFULLY

SHAUN BENNAFIELD

CERTIFICATE OF SERVCICE

I SHAUN BENNAFIELD   swear that a copy of this amendment was sent by first class mail to the person below on ___5-15-07___ .

U.S. ATTORNEY
MARSHALL J. PICCININI
ROOM A 330
17 South Park Row
Erie, PA 16501

Respectfully

*Shaun Bennafield*
Shaun Bennafield