**RECEIVED**

MAR 19 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

YOUNGSTOWN OH 445
16 MAR 2007 PM 1 T

Shaun Bennafield
20262-068

Clerk U.S. District Court
FOR THE WESTERN DISTRICT
Of Pennsylvania
P.O. BOX 1820
Erie, Pennsylvania 16507

16507+0820