CR OS-12 E

TO: Clerk U.S. District Court
    Western District of Pennsylvania



From: Shaun Bennafield
      F.C.I Elkton
      P.O. BOX 10
      Lisbon, Ohio 44432



Re: No. 07-24-E.



    Dear Clerk, please send me the form that I need to receive my sentencing transcript's without paying a court fee.  I have a 28 U.S.C. 2255 pending, No.07-24-E.   I need my sentencing transcripts to prove that my issue's have merit.  Can you please send me the forms I need to obtain these transcripts without paying a court fee.  (attach is an affidavit declaring my indigence).  Your help is needed in this matter.  Thank-you!



                                  Sincerely


                                  Shaun Bennafield  5-15-07

FCI-ED
FCI-ED

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, __Shaun Bennafield__, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

I further swear that the responses I have made to the questions and instructions below relating to my ability to pay the cost of proceeding in this Court are true.

1. Are you presently employed?  Yes ___  No _✓_
   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   b. If the answer is no, state the date of your last employment and the amount of salary or wages per month which you received.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other sources?  Yes ___  No _✓_

   a. If the answer is yes, describe each source of income and state the amount received from each during the past twelve months.

3. Do you own any cash or have a checking or savings account?  Yes ___  No _✓_

   a. If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)  Yes ___  No _✓_

   a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: __3-15__, __2007__

_____
(Signature)