```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA    )
                            )
    vs.                     )    Criminal No. 05-12-E
                            )    See Civil Action No. 07-24-E
SHAUN LANAIL BENNAFIELD,    )
                            )
    Defendant/petitioner.   )

<u>O R D E R</u>

AND NOW, this 20th day of March, 2007, upon consideration of Petitioner's Motion to Amend 28 U.S.C. §2255 Pursuant to Rule 15(a) of the Fed. R. Civ. P. (document No. 40) filed in the above captioned matter on March 19, 2007,

IT IS HEREBY ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED that Petitioner's Motion to Vacate (document No. 35) is AMENDED to include the argument set forth in Petitioner's Motion to Amend. IT IS FURTHER ORDERED that the Government shall include in their response to the Petitioner's original Motion to Vacate, which is due on April 2, 2007, their response to the argument set forth in Petitioner's Motion to Amend.

AND, further, upon consideration of Petitioner's Motion to Receive Transcripts Without Payment (document No. 41) filed in the above captioned matter on March 19, 2007,

IT IS HEREBY ORDERED that said Motion is GRANTED. The Court will forward to Petitioner herewith a certified copy of the

transcript of the Sentencing Hearing that was held before this Court on March 13, 2007.

                                              *Maurice B. Cohill, Jr.*
                                              Senior United States District Judge

cc:        Shaun Lanail Bennafield
            #20262-068
            FCI Elkton
            P.O. Box 10
            Lisbon, OH 44432

ecf:       Counsel of record