IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-12 Erie |
| | ) | Civil Action No. 07-24 Erie |
| SHAUN LANAIL BENNAFIELD | ) | |

**O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of the Government's Motion for Extension of Time to File Response to Petitioner's Motion to Vacate filed in the above captioned matter on March 29, 2007,

IT IS HEREBY ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED that the Government's response to Petitioner's Motion to Vacate (document No. 35) is due on April 16, 2007.

_____
MAURICE B. COHILL, JR.
Senior U.S. District Judge
