IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA　　)<br>　　　　　　　　　　　　　　　)<br>　　　vs.　　　　　　　　　　　)　　Criminal No. 05-12-E<br>　　　　　　　　　　　　　　　)　　<u>See</u> Civil Action No. 07-24-E<br>SHAUN LANAIL BENNAFIELD,　　　)<br>　　　　　　　　　　　　　　　)<br>　　　Defendant/petitioner.　　)　 | |

O R D E R

AND NOW, this *19th* day of April, 2007, upon consideration of Defendant's Petition to Unseal Arrest Warrant (document No. 37) filed in the above captioned matter on February 27, 2007,

IT IS HEREBY ORDERED that said Motion is DENIED as moot, the Court finding that the arrest warrant in this case was unsealed by Order of Court dated August 30, 2005.

　　　　　　　　　　　　　　　　　　*/s/ Maurice B. Cohill, Jr.*
　　　　　　　　　　　　　　　　　　Senior United States District Judge

ecf:　　Counsel of record

cc:　　Shaun Lanail Bennafield
　　　　#20262-068
　　　　FCI Elkton
　　　　P.O. Box 10
　　　　Lisbon, OH 44432