

CERTIFIED MAIL™

7005 3110 0000 0089 3429

Clerk's Office
United States District Court
P.O. Box 1820
Erie, Pennsylvania 16507

CLEARED X-RAY SCREEN

RECEIVED

MAY 2 1 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

NAME Shaun Bennafield
REG.# 20262-068
Federal Correctional Institution E
P.O. BOX 10
Lisbon, OH 44432

Legal mail