IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 05-12-E |
| ) | <u>See</u> Civil Action No. 07-24-E |
| SHAUN LANAIL BENNAFIELD, ) | |
| ) | |
| Defendant/petitioner. ) | |

<u>O R D E R</u>

AND NOW, this 22nd day of May, 2007, upon consideration of Petitioner's Motion for Default Judgment (document No. 47) filed in the above captioned matter on May 21, 2007,

IT IS HEREBY ORDERED that said Motion is DENIED, the Court finding that the Government did file a response to Petitioner's Motion to Vacate on April 11, 2007.

*Maurice B Cohill Jr.*
Senior United States District Judge

cc:     Shaun Lanail Bennafield
        #20262-068
        FCI Elkton
        P.O. Box 10
        Lisbon, OH 44432

ecf:    Counsel of record