NAME: Shaun Bennafield
REG.# 20262-068
Federal Correctional Institution
P.O. BOX 1000
Elkton, OH 44432

INMATE MAIL SCREENING

JUN 1 2007 PM
YOUNGSTOWN, OH 445

U.S. DISTRICT COURT WESTERN DISTRICT
OF PENSYLVANIA
P.O. Box 1820
ERIE, PA 16507

RECEIVED
JUN 5 2007